B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cowin, Charles Philip** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-7563** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**1707 1/2 Post Oak Blvd, PMB 263**<br>**Houston, TX** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP CODE **77056** | ZIP CODE |

| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP CODE | ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**   (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**

- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (1/08)                                                                                                                Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):   **Charles Philip Cowin** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s):  **Charles Philip Cowin** |
| --- | --- |
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Charles Philip Cowin
_____
**Charles Philip Cowin**

**X** _____

_____
Telephone Number (If not represented by attorney)

**02/24/2010**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Richard L. Fuqua
_____
**Richard L. Fuqua**          Bar No. **07552300**

**Fuqua & Associates, P.C.**
**2777 Allen Parkway**
**Suite 480**
**Houston**
**TX 77019**
Phone No.**(713) 960-0277**       Fax No.**(713) 960-1064**

**02/24/2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re  **Charles Philip Cowin**                                              Case No. _____

                                                                                                  (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 2111 Welch St., B-322, Houston, TX 77002<br>Condo -  Rental Unit B322<br>.004310 Int Common Land & Ele<br>Private Presidences Condo 2nd<br>Amend<br>The Renaissance at River Oaks | Fee Simple | - | $175,000.00 | $177,893.18 |
| 300 St. Joseph Pkwy, Houston TX<br>Five Condo - rental units<br>300 St Joseph Pky 77002 | Fee Simple | - | $1,608,500.00 | $1,554,521.00 |
| Land - 53.3 acres, Angel Fire, NM<br>Land - 53.3 acres<br>Mountain Blvd<br>Angel Fire, N.M. | Fee Simple | - | $19,785,000.00 | $6,354,908.00 |
| Land - 189 acres, Colfax Co., NM<br>Land - 189 acres, Highway 64<br>Lots 2-3 and Lots 10-24,<br>Angel Fire Meadows, a subdivision<br>in Colfax County, New Mexico,<br>recorded in Plat Book 9, page 107,<br>records of Colfax County,<br>New Mexico | Fee Simple | - | $4,800,000.00 | $2,000,000.00 |
| Land - 10 acres, Colfax Co., NM<br>Land - 10 acres<br>Colfax County, N.M.<br>Cross Collateralized with 189 acres(see above) | Fee Simple | - | $120,000.00 | $0.00 |
| Land - 12 acre lot, Angel Fire, NM<br>Angel Fire Chalets 1A Amended-3B<br>Tract E-1 | Fee Simple | - | $3,800,000.00 | $491,506.95 |
| Raw Land, Ranchos De Taos, NM<br>Ranchos Orchard, Block 16, Lot 4<br>Pt of Lot 1, TWP 24N RGE 12 E<br>Sec 6 | Fee Simple | - | $1,020,000.00 | $673,396.03 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Charles Philip Cowin**                                    Case No. _____
                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Unit 320<br>Contract for Deed<br>300 S. Joseph Pky., #320<br>Houston, TX  77002 | Fee Simple | - | $240,000.00 | $0.00 |
| | | **Total:** | **$31,548,500.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Charles Philip Cowin**                                                    Case No. _____

                                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $20,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America<br>PO box 25118<br>Tampa, FL   33622-5118<br>Checking account ***3088 | - | $775.24 |
| | | Capital One, NA<br>5718 Westheimer<br>Houston, TX   77057<br>Checking Accont No. **0163 | - | $90.61 |
| | | JP Morgan Chase Bank, NA<br>PO Box 260180<br>Baton Rouge, LA  70826-0180<br>Checking Account ***3994 | - | $286.32 |
| | | Energy Capital Credit<br>18540 Northwest Fwy,<br>Houston,TX  77065<br>Checking account ***3021 | - | $0.00 |
| | | First Convenience Bank<br>PO Box 937<br>Killeen, TX  76540-0937<br>Checking Account ***4313 | - | $28.16 |
| | | The First National Bank of New Mexico<br>201 Main St.<br>Clayton, NM  88415<br>Checking account No. ***8454 | - | $64.19 |
| | | Independence Bank<br>13100 NW Fwy., Suite 100<br>Houston, TX  77040<br>Checking account No. ***9100 | - | $16.25 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Charles Philip Cowin**                                    Case No. _____

                                                                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Los Alamos National Bank<br>PO Box 60<br>Los Alamos, NM   87544-0060<br>Money Market * *6705 | - | $24.12 |
| | | Citigroup Global Mkts., Inc<br>The Rasweiler Group<br>10 Madison Ave., Morristown, JN   07962<br>Bank Deposit ***37823-11 | - | $158.35 |
| | | Texas Community Bank<br>16610 Interstate 45<br>The Woodlands, TX   77384<br>Checking account ***5634 | - | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | To be furnished | - | Unknown |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | HH goods and Furnishings | - | $24,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing apparel | - | $1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Charles Philip Cowin**                                    Case No. _____
                                                                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | To be furnished | - | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | To be furnished | - | Unknown |
| | | Chantana Four LLC 1707 1/2 Post Oak Blvd., PMB 263 Houston, TX  77056 100% ownership | - | $1.00 |
| | | Flintshire LLC 1707 1/2 Post Oak Blvd., PMB 263 Houston, TX  77056 (100% ownership interest) | - | $100.00 |
| | | Village South Development, LLC (100% ownership) | - | $100.00 |
| | | Woodway Campton Ltd. 1707 1/2 Post Oak Blvd., PMB 263 | - | ($7,000.00) |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Charles Philip Cowin**                                   Case No. _____

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Houston, TX  77056<br>(99% ownership interest) | | |
| | | Angel Fire Land Holdings LLC<br>(75% Ownership Interest)<br>Owns Lot 1 Meadows in Angel Fire | - | $10,000.00 |
| | | Houston Property Data Services, LLC<br>(50% Ownership interest)<br>Owns Unit 614 at 3311 Yupon St<br>Houston, TX | - | $35,000.00 |
| | | UTE Meadows LLC<br>(14% ownership interest) Owns 176 acres - mostly residential | - | $560,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Compton Equity Partner LP<br>1707 1/2 Post Oak Blvd., PMB 263<br>Houston, TX  77056<br>99% ownership<br>(Inactive) | - | $0.00 |
| | | Woodway Campton GP<br>1707 1/2 Post Oak Blvd., PMB 263<br>Houston, TX  77056<br>(99% ownership interest) | - | $1,000.00 |
| | | Stanwich LLC<br>(100% ownership interest) | - | $100.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | To be furnished | - | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Charles Philip Cowin**                                    Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Nancy Groves<br>PO Box 740969<br>Houston, TX  77274<br>(five promissory notes) | - | $17,992.65 |
| | | Midtown Edge, LP<br>4544 Post Oak Blace., Suite 392<br>Houston, TX  77027 | - | $268,847.92 |
| | | Evelyn T. Boulafendis<br>The Doubletree Guest Suites<br>5353 Westheimer Rd., Rm 2212<br>Houston, TX  77056<br>(Promissory Note) doubtful collection | - | $2,100.00 |
| | | R. J. Braught<br>2400 Miles Road, Southeast<br>Albuquerque, NM  87106-3224<br>(Promissory Note) doubtful collection | - | $475,967.00 |
| | | R. J. Braught<br>2400 Miles Road, Southeast<br>Albuquerque, NM  87106-3224<br>(Promissory Note) doubtful collection | - | $267,652.00 |
| | | R. J. Braught<br>2400 Miles Road, Southeast<br>Albuquerque, NM  87106-3224<br>(Loan) doubtful collection | - | $20,321.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Charles Philip Cowin**                                           Case No. _____

                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | To be furnished | - | Unknown |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | To be furnished | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 BMW Sedan | - | $7,500.00 |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Charles Philip Cowin**                                    Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment and supplies | - | $1,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Beneficiary if closing occurs -  potential reconveyance income | - | Unknown |

_____6_____ continuation sheets attached          **Total  >**   **$1,707,624.81**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **Charles Philip Cowin**                                    Case No. _____
                                                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Angel Fire Resort Operations LLC**<br>**Membership Division**<br>**PO Box 130**<br>**Angel Fire, NM 87710** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Association fees**<br>COLLATERAL:<br>**E-1, B-1, B-2, B-3, B-4, D-1, A-2; 53.3 acres**<br>REMARKS:<br><br>VALUE: **$19,785,000.00** | | | X | **$1.00** | |
| ACCT #: **xxxx xxxx: xxxxx8191**<br><br>**BAC Home Loans Servicing, LP**<br>**Attn: Customer Service CA6-919-01041**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**1st lien**<br>COLLATERAL:<br>**2111 Welch St., B-322**<br>REMARKS:<br><br>VALUE: **$175,000.00** | | | | **$154,077.79** | |
| ACCT #:<br><br>**Boxer Finance LLC**<br>**720 North Post Oak Road, Ste. 500**<br>**Houston, TX 77024**<br>**Attn Richard Carlisle, Assoc. Counsel** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**Land - 53.3 acres, Angel Fire, NM**<br>REMARKS:<br><br>VALUE: **$19,785,000.00** | | | | **$6,354,907.00** | |
| **Representing:**<br>**Boxer Finance LLC** | | | **Hessel E. Yntema III**<br>**PO Box 1748**<br>**Albuquerque, NM 87103-1748** | | | | **Notice Only** | **Notice Only** |
| | | | Subtotal (Total of this Page) > | | | | **$6,508,985.79** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |

_____**6**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re   **Charles Philip Cowin**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx8228**<br><br>**Chase Home Finance**<br>**P.O. Box 24696**<br>**Columbus, OH 43224-4696** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**2nd lien**<br>COLLATERAL:<br>**2111 Welch St., B-322**<br>REMARKS:<br><br>VALUE:           **$175,000.00** | | | | **$23,815.39** | **$2,893.18** |
| ACCT #:<br><br>**First National Bank of New Mexico**<br>**Angel Fire Office**<br>**P.O. Box 828**<br>**No. 1 First National Place**<br>**Angel Fire, NM 87710** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**Raw Land, Ranchos De Taos, NM**<br>REMARKS:<br><br>VALUE:         **$1,020,000.00** | | | | **$673,396.03** | |
| **Representing:**<br>**First National Bank of New Mexico** | | | **Robert O. Beck**<br>**Beck & Cooper**<br>**PO Box 572**<br>**Clayton, NM 88415** | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**High Desert State Bank**<br>**8110 Ventura NE**<br>**Albuquerque, NM 87122** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**2 tracts: 189 acres & 10 acres, Colfax Co., NM**<br>REMARKS:<br>**(LOTS 2-3, 10-24)**<br><br>VALUE:         **$4,800,000.00** | | | | **$2,000,000.00** | |

Sheet no. _____**1**_____ of _____**6**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >  **$2,697,211.42**   **$2,893.18**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re   **Charles Philip Cowin**                                    Case No. _____

                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:** **High Desert State Bank** | | | **Gordon H. Rowe III** **The Rowe Law Firm, P.C.** **1200 Pennsylvania NE, Ste. 2B** **Albuquerque, NM 87110** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **Los Alamos National Bank** **Santa Fe Downtown** **301 Griffin Stree** **Santa Fe, NM 87501** | | - | DATE INCURRED: NATURE OF LIEN: **Deed of Trust** COLLATERAL: **Land - 12 acre lot, Angel Fire, NM** REMARKS: <br><br> VALUE: **$3,800,000.00** | | | | **$491,506.95** | |
| ACCT #: **Midtown Edge Owners Assn., Inc.** **c/o Horizon Management, Inc.** **945 McKinney Street, Suite 111** **Houston, TX 77002** | | - | DATE INCURRED: NATURE OF LIEN: **HOA Fees** COLLATERAL: **300 St. Joseph Pkwy Units 116, 316, 322, 416, 422** REMARKS: <br><br> VALUE: **$0.00** | | | X | **$1.00** | **$1.00** |
| ACCT #: **xxxx xxxx: xxx2930** **Texas Community Bank** **16610 Interstate 45** **The Woodlands, TX 77384** | | - | DATE INCURRED: NATURE OF LIEN: **Deed of Trust** COLLATERAL: **300 St. Joseph Pkwy, #116** REMARKS: <br><br> VALUE: **$0.00** | | | | **$222,069.67** | **$222,069.67** |

Sheet no. ____**2**____ of ____**6**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >          **$713,577.62**          **$222,070.67**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Charles Philip Cowin**                                     Case No. _____

                                                                                     (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing: Texas Community Bank** | | | **Parker & Vaughan, P.C. 5599 San Felipe, Suite 1450 Houston, TX 77056** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx3144** <br><br> **Texas Community Bank 16610 Interstate 45 The Woodlands, TX 77384** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **Deed of Trust** <br> COLLATERAL: <br> **300 St. Joseph Pkwy, #316** <br> REMARKS: <br><br> VALUE:                  **$0.00** | | | | **$238,628.53** | **$238,628.53** |
| **Representing: Texas Community Bank** | | | **Parker & Vaughan, P.C. 5599 San Felipe, Suite 1450 Houston, TX 77056** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx3151** <br><br> **Texas Community Bank 16610 Interstate 45 The Woodlands, Tx. 77384** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **Deed of Trust** <br> COLLATERAL: <br> **300 St. Joseph Pkwy, #322, Houston, TX 77002** <br> REMARKS: <br><br> VALUE:                  **$0.00** | | | | **$245,296.04** | **$245,296.04** |

Sheet no. ____**3**____ of ____**6**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >     **$483,924.57**     **$483,924.57**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Charles Philip Cowin**                                    Case No. _____

                                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing: Texas Community Bank** | | | **Parker & Vaughan, P.C. 5599 San Felipe, Suite 1450 Houston, TX 77056** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx3169** **Texas Community Bank 16610 Interstate 45 The Woodlands, TX 77384** | | - | DATE INCURRED: NATURE OF LIEN: **Deed of Trust** COLLATERAL: **300 St. Joseph Pkwy, #416, Houston, TX 77002** REMARKS: <br><br> VALUE: **$0.00** | | | | **$264,274.01** | **$264,274.01** |
| **Representing: Texas Community Bank** | | | **Parker & Vaughan, P.C. 5599 San Felipe, Suite 1450 Houston, TX 77056** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx3177** **Texas Community Bank 16610 Interstate 45 The Woodlands, TX 77384** | | - | DATE INCURRED: NATURE OF LIEN: **Deed of Trust** COLLATERAL: **300 St. Joseph Pkwy, #422, Houston, TX 77002** REMARKS: <br><br> VALUE: **$0.00** | | | | **$257,960.58** | **$257,960.58** |

Sheet no. _____**4**_____ of _____**6**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | **$522,234.59** | **$522,234.59** |
|---|---|---|---|
|  | Total (Use only on last page) > | | |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **Charles Philip Cowin**                                                 Case No. _____
                                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing: Texas Community Bank** | | | **Parker & Vaughan, P.C. 5599 San Felipe, Suite 1450 Houston, TX 77056** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx1610**<br><br>**Texas Community Bank 16610 I-45 The Woodlands, TX 77384** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br>**Deed of Trust 5 units 300 S. Joseph Pkway**<br>REMARKS:<br>**Cross Collaterized**<br><br>VALUE:      **$0.00** | | | | **$309,662.51** | **$309,662.51** |
| ACCT #: **xxx6393**<br><br>**Texas Community Bank 16610 Interstate 45 The Woodlands, TX 77384** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br>**Note - 5 units at 300 St. Joseph Pkwy**<br>REMARKS:<br><br>VALUE:      **$0.00** | | | X | **$16,629.56** | **$16,629.56** |
| ACCT #: **xxx6561**<br><br>**Texas Community Bank 16610 Interstate 45 The Woodlands, TX 77384** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br>**Nancy Groves Note**<br>REMARKS:<br><br>VALUE:      **$0.00** | | | | **$4,987.37** | **$4,987.37** |

Sheet no. _____**5**_____ of _____**6**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | **$331,279.44** | **$331,279.44** |
|---|---|---|---|
|  | Total (Use only on last page) > | | |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Charles Philip Cowin**

Case No. _____
<br>(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx6074**<br><br>**Texas Community Bank**<br>**16610 Interstate 45**<br>**The Woodlands, TX 77384** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br>**Nancy Groves Notes**<br>REMARKS:<br><br><br>VALUE: **$0.00** | | | | $6,204.90 | $6,204.90 |
| ACCT #: **xxx5472**<br><br>**Texas Community Bank**<br>**16610 Interstate 45**<br>**The Woodlands, TX 77384** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br>**Nancy Groves note**<br>REMARKS:<br><br><br>VALUE: **$17,992.65** | | | | $29,896.60 | $11,903.95 |
| ACCT #:<br><br>**The Renaissance @ River Oaks Condos**<br>**AMI-Houston**<br>**5295 Hollister St.**<br>**Houston, TX 77040-6205** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**HOA fees**<br>COLLATERAL:<br>**Unit B-322, 2111 Welch, Houston, TX**<br>REMARKS:<br><br><br>VALUE: **$0.00** | | | X | $1.00 | $1.00 |
| | | | | | | | | |

Sheet no. ____**6**____ of ____**6**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | $36,102.50 | $18,109.85 |
| Total (Use only on last page) > | $11,293,315.93 | $1,580,512.30 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Charles Philip Cowin**                                              Case No. _____
                                                                                                (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**4**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Charles Philip Cowin**                                    Case No. _____

                                                                                  (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **#x xxx xxx xx0 512** <br> **Colfax County Treasurer** <br> **PO Box 98** <br> **Raton, NM  87740** | | - | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: <br> **E-1** | | | | **$15,218.35** | **$15,218.35** | **$0.00** |
| **Representing:** <br> **Colfax County Treasurer** | | | **Public Improvement District** <br> **Sheehan, Sheehan & Stelzner** <br> **40 First Plaza, NW, Suite 740** <br> **Albuquerque, NM  87102** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #: **#x xxx xxx xx6 485** <br> **Colfax County Treasurer** <br> **PO Box 98** <br> **Raton, NM  87740** | | - | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: <br> **B-1, B-2, B-3, B-4** | | | | **$8,474.38** | **$8,474.38** | **$0.00** |
| **Representing:** <br> **Colfax County Treasurer** | | | **Public Improvement District** <br> **Sheehan, Sheehan & Stelzner** <br> **40 First Plaza, NW, Suite 740** <br> **Albuquerque, NM  87102** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #: **#x xxx xxx xx1 459** <br> **Colfax County Treasurer** <br> **PO Box 98** <br> **Raton, NM  87740** | | - | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: <br> **D-1** | | | | **$2,587.73** | **$2,587.73** | **$0.00** |
| **Representing:** <br> **Colfax County Treasurer** | | | **Public Improvement District** <br> **Sheehan, Sheehan & Stelzner** <br> **40 First Plaza, NW, Suite 740** <br> **Albuquerque, NM  87102** | | | | **Notice Only** | **Notice Only** | **Notice Only** |

Sheet no. ____1____ of ____4____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | **$26,280.46** | **$26,280.46** | **$0.00** |
|---|---|---|---|---|
| | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Charles Philip Cowin**                          Case No. _____

                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: #x xxx xxx xx9 065<br>**Colfax County Treasurer**<br>**PO Box 98**<br>**Raton, NM  87740** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**A-2** | | | | **$16,561.59** | **$16,561.59** | **$0.00** |
| **Representing:**<br>**Colfax County Treasurer** | | | **Public Improvement District**<br>**Sheehan, Sheehan & Stelzner**<br>**40 First Plaza, NW, Suite 740**<br>**Albuquerque, NM  87102** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #: #x xxx xxx xx3 229<br>**Colfax County Treasurer**<br>**PO Box 98**<br>**Raton, NM  87740** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Lots 2-3, 10-24** | | | | **$23,259.33** | **$23,259.33** | **$0.00** |
| **Representing:**<br>**Colfax County Treasurer** | | | **Public Improvement District**<br>**Sheehan, Sheehan & Stelzner**<br>**40 First Plaza, NW, Suite 740**<br>**Albuquerque, NM  87102** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #:<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA  19114** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**2006 Taxes**<br>REMARKS: | | | | **$34,463.81** | **$34,463.81** | **$0.00** |
| ACCT #:<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA  19114** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**2007 Taxes**<br>REMARKS: | | | | **$7,019.57** | **$7,019.57** | **$0.00** |

Sheet no. ____**2**____ of ____**4**____ continuation sheets         Subtotals (Totals of this page) >   **$81,304.30**   **$81,304.30**   **$0.00**
attached to Schedule of Creditors Holding Priority Claims

                                                        Total >
                                                        **(Use only on last page of the completed Schedule E.**
                                                        **Report also on the Summary of Schedules.)**

                                                        Totals >
                                                        **(Use only on last page of the completed Schedule E.**
                                                        **If applicable, report also on the Statistical Summary**
                                                        **of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (12/07) - Cont.

In re  **Charles Philip Cowin**                                                      Case No. _____
                                                                                                          (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xxx-xxx0-015<br>**Leo Vasquez**<br>**Tax Assessor-Collector**<br>**PO Box 4622**<br>**Houston, Tx 77210-4622** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unit 116, 300 St. Joseph Pkwy**<br>REMARKS: | | | | **$8,189.75** | **$8,189.75** | **$0.00** |
| ACCT #: xxx-xxx-xxx0-063<br>**Leo Vasquez**<br>**Tax Assessor-Collector**<br>**PO Box 4622**<br>**Houston, Tx 77210-4622** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unit 316, 300 St. Josephy Pkwy.**<br>REMARKS: | | | | **$8,977.36** | **$8,977.36** | **$0.00** |
| ACCT #: xxx-xxx-xxx0-069<br>**Leo Vasquez**<br>**Tax Assessor-Collector**<br>**PO Box 4622**<br>**Houston, TX 77210-4622** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unit 322, St. Joseph Pkwy**<br>REMARKS: | | | | **$9,037.53** | **$9,037.53** | **$0.00** |
| ACCT #: xxx-xxx-xxx0-084<br>**Leo Vasquez**<br>**Tax Assessor-Collector**<br>**PO Box 4622**<br>**Houston, Tx 77210-4622** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unit 416, 300 St. Joseph Pkwy.**<br>REMARKS: | | | | **$10,528.23** | **$10,528.23** | **$0.00** |
| ACCT #: xxx-xxx-xxx0-090<br>**Leo Vasquez**<br>**Tax Assessor-Collector**<br>**PO Box 4622**<br>**Houston, Tx 77210-4622** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unit 422, 300 St. Joseph Pkwy**<br>REMARKS: | | | | **$10,447.37** | **$10,447.37** | **$0.00** |
| ACCT #:<br>**Midtown Management District**<br>**PO Box 73109**<br>**Houston, TX  77273** | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**11,300 St. Joseph Pkwy** | | | | **$356.00** | **$356.00** | **$0.00** |

Sheet no. _____3_____ of _____4_____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | $47,536.24 | $47,536.24 | $0.00 |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Charles Philip Cowin**                                        Case No. _____
                                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **0063**<br>**Midtown Management District**<br>**PO Box 73109**<br>**Houston, TX  77273** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**316, 300 St. Joseph Pkwy** | | | | **$358.76** | **$358.76** | **$0.00** |
| ACCT #: **0069**<br>**Midtown Management District**<br>**PO Box 73109**<br>**Houston, TX  77273** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**322, 300 St. Joseph Pkwy** | | | | **$360.26** | **$360.26** | **$0.00** |
| ACCT #: **0084**<br>**Midtown Management District**<br>**PO Box 73109**<br>**Houston, TX  77273** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**416, 300 St. Joseph Pkwy** | | | | **$367.10** | **$367.10** | **$0.00** |
| ACCT #: **0090**<br>**Midtown Management District**<br>**PO Box 73109**<br>**Houston, TX  77273** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**422, 300 St. Joseph Pkwy.** | | | | **$361.72** | **$361.72** | **$0.00** |
| ACCT #: **x xxx xxx xx1 462**<br>**Taos County Treasurer**<br>**105 Albright St - Suite G**<br>**Taos, NM 87571** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$2,880.79** | **$2,880.79** | **$0.00** |
| | | | | | | | | | |

Sheet no. ____4____ of ____4____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$4,328.63** | **$4,328.63** | **$0.00** |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$159,449.63** | | |
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | **$159,449.63** | **$0.00** |

B6F (Official Form 6F) (12/07)

In re   **Charles Philip Cowin**                                        Case No. _____
                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxxxx x2003**<br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $9,724.54 |
| ACCT #:<br>**Andrews Kurth LLP**<br>**PO Box 201785**<br>**Houston, TX 77216-1785** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $13,703.02 |
| ACCT #:<br>**Arland & Associates LLC**<br>**1660 Old Pecos Trail, Suite A**<br>**Santa Fe, NM 87505** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $1.00 |
| ACCT #:<br>**Baker & Hostetler**<br>**1000 Loouisiana, Ste 2000**<br>**Houston, TX  77002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xxxxxxxxxxxx 7387**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $47,355.78 |
| **Representing:**<br>**Bank of America** | | | **Collectcorp Corp**<br>**455 North 3rd Street, Suite 260**<br>**Phoenix, AZ 85004-3924** | | | | **Notice Only** |
| | | | | | | Subtotal > | $70,785.34 |
| | | | | | | Total > | |

_____**9**_____continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Philip Cowin**                                      Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Barbara & Kenneth III Goodhue**<br>**Ken & Julie Goodhue**<br>**5510 Autmn Breeze Ct**<br>**Spring, TX 77379** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | X | | X | **$2,195.00** |
| ACCT #:<br>**Billy Clark**<br>**5638 Briar Drive**<br>**Houston, TX 77056** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$10,000.00** |
| ACCT #:<br>**C. Charles Townsend, Esq.**<br>**AKERMAN SENTERFITT, LLP**<br>**Plaza of the Americas, Ste S1900**<br>**Dallas, TX   75201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Attorneys for BAC Home Loans Servicing, LP** | | | | **Notice Only** |
| ACCT #:   **xxxxxxxx7543**<br>**Capital One**<br>**c/o Larry D. Millard, SBB/Commercial**<br>**Bldg. 2, 1st Floor, #1530**<br>**7933 Preston Rd.**<br>**Plano, TX 75024** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$90,297.00** |
| ACCT #:   **xxxxxxxx3923**<br>**Capital One**<br>**c/o Larry D. Millard, SBB/Commercial**<br>**Bldg. 2, 1st Floor, #1530**<br>**7933 Preston Rd.**<br>**Plano, TX 75024** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$250,000.00** |
| ACCT #:   **xxxx-xxxx-xxxx-9919**<br>**Capital One**<br>**3939 West John Carpenter Frwy**<br>**Irving, TX   75063** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Master Card**<br>REMARKS: | | | | **$49,588.16** |

Sheet no. _____**1**_____ of _____**9**_____ continuation sheets attached to                          **Subtotal >**     **$402,080.16**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles Philip Cowin**                                  Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxxx 1404**<br>**Capital One Bank**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,929.47 |
| ACCT #:<br>**Celia G. Wise**<br>**2221 Sul Ross Street**<br>**Houston, TX 77098** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $22,000.00 |
| ACCT #:  **xxxx xxxx xxxx 6668**<br>**Chase Card Services**<br>**Cardmember Service**<br>**PO Box 15548**<br>**Wilmington, DE 19886-5548** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $5,659.40 |
| ACCT #:  **xxxx xxxx xxxx 7231**<br>**Chase Card Services**<br>**Cardmember Service**<br>**PO Box 15548**<br>**Wilmington, DE 19886-5548** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,482.99 |
| ACCT #:  **xxxx xxxx xxxx 9103**<br>**Chase Card Services**<br>**Cardmember Service**<br>**PO Box 15548**<br>**Wilmington, DE 19886-5548** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $22,936.90 |
| **Representing:**<br>**Chase Card Services** | | | **MRS Associates**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ 08003** | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$58,008.76**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Philip Cowin**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxxx 8810**<br>**Citi Cards**<br>**P.O. Box 6062**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,281.66 |
| ACCT #:  **xxxx xxxx xxxx 2137**<br>**Citi Cards**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117-6500** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $17,470.43 |
| ACCT #:<br>**Citimortgage**<br>**Mail Stop 504**<br>**1000 Technology Drive**<br>**O'Fallen, MO 63368-2240**<br>**Attn. Michael Renner** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $14,625.00 |
| ACCT #:<br>**Diana E. Stevens, Esq.**<br>**MANN & STEVENS, P.C.**<br>**550 Westcott Street, Ste. 560**<br>**Houston, TX  77007** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Attorneys for HSBC Bank, U.S.A. et al** | | | | **Notice Only** |
| ACCT #:  **2116**<br>**Discover Card**<br>**PO Box 3008**<br>**New Albany, OH 43054-3008** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $7,816.85 |
| ACCT #:  **xxxx xxxx xxxx 9318**<br>**Energy Capital Credit Union**<br>**18540 Northwest Freeway**<br>**Houston, Tx. 77065** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Visa**<br>REMARKS: | | | | $9,597.64 |

Sheet no. ____**3**____ of ____**9**____ continuation sheets attached to                    Subtotal >    $53,791.58
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                    (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable, on the
                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Philip Cowin**                                    Case No. _____
                                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Energy Capital Credit Union** | | | **Hughes, Watters & Askanase, LLP**<br>**Three Allen Center**<br>**333 Clay St., 29th Floor**<br>**Houston, TX 77002** | | | | **Notice Only** |
| ACCT #:  **xxxxxx1 L12**<br>**Energy Capital Credit Union**<br>**18540 Northwest Freeway**<br>**Houston, TX 77065** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$8,710.48** |
| **Representing:**<br>**Energy Capital Credit Union** | | | **Hughes, Watters & Askanase, LLP**<br>**Three Allen Center**<br>**333 Clay St., 29th Floor**<br>**Houston, TX 77002** | | | | **Notice Only** |
| ACCT #:  **xxxxx21 L2**<br>**Energy Capital Credit Union**<br>**18540 Northwest Freeway**<br>**Houston, TX 77065** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Deficiency claim**<br>REMARKS: | | | | **$9,970.00** |
| **Representing:**<br>**Energy Capital Credit Union** | | | **Hughes, Watters & Askanase, LLP**<br>**Three Allen Center**<br>**333 Clay St., 29th Floor**<br>**Houston, TX 77002** | | | | **Notice Only** |
| ACCT #:  **x6739**<br>**Equity Trust Company**<br>**PO Box 1618**<br>**Elyria, OH 44036-1618** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,870.00** |

Sheet no. ____**4**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$20,550.48**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles Philip Cowin**                    Case No. _____

                                                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Greg O'Brien**<br>**300 St Joseph Pkwy, Unit 316**<br>**Houston, TX 77002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | X | | X | **$2,049.00** |
| ACCT #:<br>**Hessel E. Yntema III, Esq.**<br>**OMAN & YNTEMA, PA**<br>**PO Box 1748**<br>**Albuquerque, NM  87103-1748** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**High Desert State Bank**<br>**8110 Ventura NE**<br>**Albuquerque, NM 87122** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Angel Fire Land Holdings, LLC**<br>REMARKS:<br>**Lot 1, Meadows Subdivision, Colfax County** | | | | **$240,000.00** |
| ACCT #:   **xxx6127**<br>**Independence Bank**<br>**13100 Northwest Freeway, Suite 100**<br>**Houston, Tx. 77040** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$50,126.25** |
| ACCT #:<br>**J.D. Herberger & Associates**<br>**11767 Katy Freeway, Suite 920**<br>**Houston, TX 77079** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$6,160.00** |
| ACCT #:<br>**Jean R. Cowin Trust**<br>**Robert E & Charles P. Cowin Trustee**<br>**6460 Mariner Sands Drive**<br>**Stuart, Florida 34997** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$38,000.00** |

Sheet no. ____**5**____ of ____**9**____ continuation sheets attached to                                    Subtotal >     **$336,335.25**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                              (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles Philip Cowin**                                        Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**John D. Herberger**<br>**J D HERBERGER & ASSOCIATES, PC**<br>**11767 Katy Fwy., Ste 920**<br>**Houston, TX  77079** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Attorneys for counter-plaintiffs** | | | | **Notice Only** |
| ACCT #:<br>**Joseph Rivera**<br>**4901 Rio Grande Ln**<br>**Los Ranchos, NM 87107** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$40,000.00** |
| ACCT #:<br>**Kathleen White**<br>**300 St Joseph Pkw, Unit 416**<br>**Houston, TX 77002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | X | | X | **$2,195.00** |
| ACCT #:<br>**Lee Girard**<br>**Girard Interests, Inc**<br>**817 N. 3rd St**<br>**Bellaire, TX 77401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$48,800.00** |
| ACCT #:<br>**Los Alamos National Bank**<br>**Santa Fe Downtown**<br>**301 Griffin Street**<br>**Santa Fe, NM 87501** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$31,750.00** |
| ACCT #:<br>**Mark W. Shadburn**<br>**Eagle Peak Land Surveying, Inc.**<br>**PO Box 205**<br>**El Prado, NM  87529** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$1.00** |

Sheet no. ___**6**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$122,746.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Philip Cowin**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Melissa McKinney**<br>**Barrett Daffin Frappier**<br>**15000 Surveyor Blvd.,**<br>**Addison, TX  75001** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Attorneys for Chase Home Finance, LLC and Wells Fargo Bank and Countrywide Home Loans, Inc. and Deutche Bank National Trust**<br><br>**Company** | | | | **Notice Only** |
| ACCT #:<br>**Michael & Adrieanne Lord**<br>**25231 Grogans Mill Rd., Suite 500**<br>**The Woodlands, TX 77380-3110** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | X | | X | **$1,950.00** |
| ACCT #:<br>**Mike Liddle**<br>**PO Box 13**<br>**Angel Fire, NM  87710** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Commission due when property sold** | X | | X | **$57,996.00** |
| ACCT #:  **xxxx9310**<br>**Old Republic Home Protection**<br>**Special Accounts**<br>**PO Box 5017**<br>**San Ramon, CA 94583-0917** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$55.00** |
| ACCT #:<br>**Porter & Hedges, LLP**<br>**PO Box 841184**<br>**Dallas, TX 75284-1184** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,336.50** |

Sheet no. ____7____ of _____9_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$61,337.50**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles Philip Cowin**                              Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Randall W. Vines**<br>**300 St Joseph Pkwy.**<br>**Houston, Tx. 77002** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,899.00 |
| ACCT #:<br>**RETC, LP**<br>**5300 Hollister St**<br>**Houston, TX 77040** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | X | $2,273.12 |
| ACCT #:<br>**Richard F. Carlisle, Esq.**<br>**720 North Post Oak Rd., Ste 500**<br>**Houston, TX  77024** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Attys for Boxer Finance** | | | | **Notice Only** |
| ACCT #:<br>**Robert F. Maris, Esq.**<br>**MARIS & LANIER, PC**<br>**1310 Premier Place**<br>**5910 N. Central Expressway**<br>**Dallas, TX  75206** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Attorneys for Chase Home Finance and Wells Fargo Bank  and Countrywide Home Loans, Inc. and Deutche Bank National Trust**<br><br>**Company** | | | | **Notice Only** |
| ACCT #:<br>**Roger Bates**<br>**PO Box 667185**<br>**Houston, Tx. 77266** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | X | | X | $2,749.00 |

Sheet no. _____**8**_____ of _____**9**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $6,921.12

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles Philip Cowin**                         Case No. _____

                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x5407**<br>**Royalton at River Oaks**<br>**5295 Hollister St.**<br>**Houston, TXX   77040-6205** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $425.95 |
| ACCT #:<br>**Sarah Smith**<br>**2111 Welch St. B322**<br>**Houston, TX 77019** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | X | | X | $1,550.00 |
| ACCT #:<br>**The Club at Hokkulia'a Inc.**<br>**76-6831 Alii Drive #K15**<br>**Kailua-Kona, HI 96740** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Dues**<br>REMARKS: | | | | $15,900.00 |
| ACCT #:<br>**Tuan M. Pham**<br>**Kevin T. Cloves**<br>**Veritas Legal Group, PC**<br>**10333 Harwin Dr., Ste 155**<br>**Houston, TX   77036** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Attorneys for Nick Tran** | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**9**____ of ____**9**____ continuation sheets attached to               **Subtotal >**               **$17,875.95**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                **Total >**               **$1,150,432.14**
                                   **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B 1D (Official Form 1, Exhibit D) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Charles Philip Cowin**                                    Case No. _____

                                                                                                          (if known)

                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/08)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:    **Charles Philip Cowin**                                    Case No. _____

                                                                                                    (if known)

            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Charles Philip Cowin**
                                            Charles Philip Cowin

Date:        **02/24/2010**