B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Charles Philip Cowin**                              Case No.

                                                             Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)                                                                  | (2)                                                                                                                                            | (3)                                                                            | (4)                                                                              | (5)                                                                     |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured also state value of security] |
| Capital One<br>c/o Larry D. Millard,<br>SBB/Commercial<br>Bldg. 2, 1st Floor, #1530<br>7933 Preston Rd.<br>Plano, TX 75024 | | | | **$250,000.00** |
| High Desert State Bank<br>8110 Ventura NE<br>Albuquerque, NM 87122 | | Angel Fire Land Holdings, LLC | | **$240,000.00** |
| Capital One<br>c/o Larry D. Millard,<br>SBB/Commercial<br>Bldg. 2, 1st Floor, #1530<br>7933 Preston Rd.<br>Plano, TX 75024 | | | | **$90,297.00** |
| Mike Liddle<br>PO Box 13<br>Angel Fire, NM  87710 | | | *Contingent*<br>*Disputed* | **$57,996.00** |
| Independence Bank<br>13100 Northwest Freeway,<br>Suite 100<br>Houston, Tx. 77040 | | | | **$50,126.25** |
| Capital One<br>3939 West John Carpenter Frwy<br>Irving, TX  75063 | | Master Card | | **$49,588.16** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Charles Philip Cowin**   Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Lee Girard<br>Girard Interests, Inc<br>817 N. 3rd St<br>Bellaire, TX 77401 | | | | $48,800.00 |
| Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | | | $47,355.78 |
| Joseph Rivera<br>4901 Rio Grande Ln<br>Los Ranchos, NM 87107 | | | | $40,000.00 |
| Los Alamos National Bank<br>Santa Fe Downtown<br>301 Griffin Street<br>Santa Fe, NM 87501 | | | | $31,750.00 |
| Chase Card Services<br>Cardmember Service<br>PO Box 15548<br>Wilmington, DE 19886-5548 | | Credit Card | | $22,936.90 |
| Celia G. Wise<br>2221 Sul Ross Street<br>Houston, TX 77098 | | | | $22,000.00 |
| Citi Cards<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | | Credit Card | | $17,470.43 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Charles Philip Cowin**                                                                 Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| The Club at Hokkulia'a Inc.<br>76-6831 Alii Drive #K15<br>Kailua-Kona, HI 96740 | | Dues | | **$15,900.00** |
| Citimortgage<br>Mail Stop 504<br>1000 Technology Drive<br>O'Fallen, MO 63368-2240<br>Attn. Michael Renner | | | | **$14,625.00** |
| Andrews Kurth LLP<br>PO Box 201785<br>Houston, TX 77216-1785 | | | | **$13,703.02** |
| Billy Clark<br>5638 Briar Drive<br>Houston, TX 77056 | | | | **$10,000.00** |
| Energy Capital Credit Union<br>18540 Northwest Freeway<br>Houston, TX 77065 | | Deficiency claim | | **$9,970.00** |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | Credit Card | | **$9,724.54** |
| Energy Capital Credit Union<br>18540 Northwest Freeway<br>Houston, Tx. 77065 | | Visa | | **$9,597.64** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Charles Philip Cowin**                                              Case No.

                                                                                                     Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  **02/24/2010**                                    Signature:  **/s/ Charles Philip Cowin**
                                                                                  ***Charles Philip Cowin***