American Express
P.O. Box 650448
Dallas, TX 75265-0448

Andrews Kurth LLP
PO Box 201785
Houston, TX 77216-1785

Angel Fire Resort Operations LLC
Membership Division
PO Box 130
Angel Fire, NM 87710

Arland & Associates LLC
1660 Old Pecos Trail, Suite A
Santa Fe, NM 87505

BAC Home Loans Servicing, LP
Attn: Customer Service CA6-919-01041
PO Box 5170
Simi Valley, CA 93062-5170

Baker & Hostetler
1000 Loouisiana, Ste 2000
Houston, TX   77002

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Barbara & Kenneth III Goodhue
Ken & Julie Goodhue
5510 Autmn Breeze Ct
Spring, TX 77379

Billy Clark
5638 Briar Drive
Houston, TX 77056

Boxer Finance LLC
720 North Post Oak Road, Ste. 500
Houston, TX 77024
Attn Richard Carlisle, Assoc. Counsel

C. Charles Townsend, Esq.
AKERMAN SENTERFITT, LLP
Plaza of the Americas, Ste S1900
Dallas, TX   75201

Capital One
c/o Larry D. Millard, SBB/Commercial
Bldg. 2, 1st Floor, #1530
7933 Preston Rd.
Plano, TX 75024

Capital One
3939 West John Carpenter Frwy
Irving, TX  75063

Capital One Bank
PO Box 60599
City of Industry, CA 91716-0599

Celia G. Wise
2221 Sul Ross Street
Houston, TX 77098

Charles Philip Cowin
1707 1/2 Post Oak Blvd, PMB 263
Houston, TX 77056

Chase Card Services
Cardmember Service
PO Box 15548
Wilmington, DE 19886-5548

Chase Home Finance
P.O. Box 24696
Columbus, OH 43224-4696

Citi Cards
P.O. Box 6062
Sioux Falls, SD 57117

Citi Cards
P.O. Box 6500
Sioux Falls, SD 57117-6500

Citimortgage
Mail Stop 504
1000 Technology Drive
O'Fallen, MO 63368-2240
Attn. Michael Renner

Colfax County Treasurer
PO Box 98
Raton, NM   87740

Collectcorp Corp
455 North 3rd Street, Suite 260
Phoenix, AZ 85004-3924

Diana E. Stevens, Esq.
MANN & STEVENS, P.C.
550 Westcott Street, Ste. 560
Houston, TX   77007

Discover Card
PO Box 3008

New Albany, OH 43054-3008

Energy Capital Credit Union
18540 Northwest Freeway
Houston, Tx. 77065

Energy Capital Credit Union
18540 Northwest Freeway
Houston, TX 77065

Equity Trust Company
PO Box 1618
Elyria, OH 44036-1618

First National Bank of New Mexico
Angel Fire Office
P.O. Box 828
No. 1 First National Place
Angel Fire, NM 87710

Gordon H. Rowe III
The Rowe Law Firm, P.C.
1200 Pennsylvania NE, Ste. 2B
Albuquerque, NM 87110

Greg O'Brien
300 St Joseph Pkwy, Unit 316
Houston, TX 77002

Hessel E. Yntema III
PO Box 1748
Albuquerque, NM 87103-1748

Hessel E. Yntema III, Esq.
OMAN & YNTEMA, PA
PO Box 1748
Albuquerque, NM   87103-1748

High Desert State Bank
8110 Ventura NE
Albuquerque, NM 87122

Hughes, Watters & Askanase, LLP
Three Allen Center
333 Clay St., 29th Floor
Houston, TX 77002

Independence Bank
13100 Northwest Freeway, Suite 100
Houston, Tx. 77040

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA   19114

Internal Revenue Service
Special Proc. Bankr Sect 5022HOU
1919 Smith
Houston, TX   77002

J.D. Herberger & Associates
11767 Katy Freeway, Suite 920
Houston, TX 77079

Jean R. Cowin Trust
Robert E & Charles P. Cowin Trustee
6460 Mariner Sands Drive
Stuart, Florida 34997

John D. Herberger
J D HERBERGER & ASSOCIATES, PC
11767 Katy Fwy., Ste 920
Houston, TX   77079

Joseph Rivera
4901 Rio Grande Ln
Los Ranchos, NM 87107

Kathleen White
300 St Joseph Pkw, Unit 416
Houston, TX 77002

Lee Girard
Girard Interests, Inc
817 N. 3rd St
Bellaire, TX 77401

Leo Vasquez
Tax Assessor-Collector
PO Box 4622
Houston, Tx 77210-4622

Los Alamos National Bank
Santa Fe Downtown
301 Griffin Stree
Santa Fe, NM 87501

Los Alamos National Bank
Santa Fe Downtown
301 Griffin Street
Santa Fe, NM 87501

Mark W. Shadburn
Eagle Peak Land Surveying, Inc.
PO Box 205
El Prado, NM   87529

Melissa McKinney
Barrett Daffin Frappier

15000 Surveyor Blvd.,
Addison, TX   75001

Michael & Adrieanne Lord
25231 Grogans Mill Rd., Suite 500
The Woodlands, TX 77380-3110

Midtown Edge Owners Assn., Inc.
c/o Horizon Management, Inc.
945 McKinney Street, Suite 111
Houston, TX 77002

Midtown Management District
PO Box 73109
Houston, TX   77273

Mike Liddle
PO Box 13
Angel Fire, NM   87710

MRS Associates
1930 Olney Ave
Cherry Hill, NJ 08003

Old Republic Home Protection
Special Accounts
PO Box 5017
San Ramon, CA 94583-0917

Parker & Vaughan, P.C.
5599 San Felipe, Suite 1450
Houston, TX 77056

Porter & Hedges, LLP
PO Box 841184
Dallas, TX 75284-1184

Public Improvement District
Sheehan, Sheehan & Stelzner
40 First Plaza, NW, Suite 740
Albuquerque, NM   87102

Randall W. Vines
300 St Joseph Pkwy.
Houston, Tx. 77002

RETC, LP
5300 Hollister St
Houston, TX 77040

Richard F. Carlisle, Esq.
720 North Post Oak Rd., Ste 500
Houston, TX   77024

Robert F. Maris, Esq.
MARIS & LANIER, PC
1310 Premier Place
5910 N. Central Expressway
Dallas, TX   75206

Robert O. Beck
Beck & Cooper
PO Box 572
Clayton, NM 88415

Roger Bates
PO Box 667185
Houston, Tx.  77266

Royalton at River Oaks
5295 Hollister St.
Houston, TXX   77040-6205

Sarah Smith
2111 Welch St. B322
Houston, TX 77019

Taos County Treasurer
105 Albright St - Suite G
Taos, NM 87571

Texas Community Bank
16610 Interstate 45
The Woodlands, TX 77384

Texas Community Bank
16610 Interstate 45
The Woodlands, Tx. 77384

Texas Community Bank
16610 I-45
The Woodlands, TX 77384

The Club at Hokkulia'a Inc.
76-6831 Alii Drive #K15
Kailua-Kona, HI 96740

The Renaissance @ River Oaks Condos
AMI-Houston
5295 Hollister St.
Houston, TX 77040-6205

Tuan M. Pham
Kevin T. Cloves
Veritas Legal Group, PC
10333 Harwin Dr., Ste 155
Houston, TX   77036