IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. |
| § | | |
| CHARLES P. COWIN § | | 10-31478 |
| § | | |
| Debtor § | | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, BOXER FINANCE, LLC, who appears herein by and through the undersigned counsel and requests, that all notices given or required to be given in this case, as provided for by Bankruptcy Rules 9010, 2002, 3017 and 907, and files this Notice of Appearance and Request for Notice in the above styled proceedings.

Request is hereby made that all notices given or required to be given in this case, and any case consolidated herewith, and all papers served or required to be served in this case and any cases consolidated herewith, be given to and served upon the undersigned attorney, and that such service and notice be mailed to the following:

Richard F. Carlisle
720 North Post Oak Road #500
Houston, Texas 77024
(713) 777-7368  Telephone
(713) 780-9708  Facsimile

This Request for Notice includes all notices, pleadings, papers, documents, formal or informal applications or requests brought before the Court in this case. It is further requested that the Debtor or Clerk of Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-

numbered case, and on any list of creditors to be prepared or existing in the above styled bankruptcy case.

                Respectfully submitted,

/S/ RICHARD F. CARLISLE
Richard F. Carlisle
State Bar No. 24043596
John K. Rentz
State Bar No. 16784500
720 North Post Oak Road #500
Houston, Texas 77024
Telephone: (713) 777-7368
Facsimile: (713) 780-9708
ATTORNEYS FOR BOXER FINANCE, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notice has been served upon the following in the attached Service List by U.S. Mail, first class, postage prepaid or by the Clerk of Court through electronic transmission, this the 4th day of March 2010.

<u>Office of the U.S. Trustee</u>

Office of the U.S. Trustee
Stephen D. Statham
515 Rusk, Suite 3516
Houston, Texas 77002


<u>Debtor's Attorney</u>

Richard L. Fuqua, II
Fuqua & Keim
2777 Allen Parkway, Suite 480
Houston, TX 77019


                                                       /S/ RICHARD F. CARLISLE
                                                       Richard F. Carlisle