# EXHIBIT "B"

# TRUSTEE'S DEED

20090364560
08/12/2009 RP1 $20.00

## TRUSTEE'S DEED

| | |
|---|---|
| **THE STATE OF TEXAS** | § § § |
| **COUNTY OF HARRIS** | |

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

**WHEREAS**, by that certain "Declaration of Condominium for **THE LOFTS ON POST OAK, a Condominium**" recorded under Film Code No. 192195 of the Condominium Records of Harris County, Texas, reference thereto being hereby made for all purposes (the "Declaration"), **THE LOFTS ON POST OAK CONDOMINIUM OWNERS ASSOCIATION, INC.**, a Texas non-profit Corporation (the "Association") was granted the authority to levy, require and receive payments due by each condominium unit owner in the Condominium regime as monthly maintenance assessments established in said Instrument; which, pursuant to the terms of said Declaration, any and all unpaid maintenance assessments constitute a lien upon the respective condominium unit for which assessment is levied.



**WHEREAS**, **DANTE THOMPSON** ("Owner/Grantor" herein, whether one or more) acquired title to the property described hereinbelow (same constituting a condominium unit in said Condominium Regime), subject to the terms, conditions, and provisions of the Declaration aforesaid; and

**WHEREAS**, said Declaration expressly provides that in the event of default by any owner of a condominium unit in the Condominium Regime in the prompt payment of any and all sums assessed by the Association, that the amount of unpaid assessments shall constitute a lien on the condominium unit in favor of the Association; and further that such lien may be enforced by foreclosure of the defaulting owner's condominium unit by the Association in accordance with Article 3810 VATS (now §51.002 of the Texas Property Code); and

**WHEREAS**, Owner made default in the payment of maintenance assessments pursuant to the terms and provisions of the Declaration; and

**WHEREAS**, the Association, the legal and equitable owner and holder of the indebtedness, established by the Declaration and the liens securing same, determined that the sale provided for in said Declaration should be made; and appointed Richard C. Lievens as Trustee (hereinafter, the "Trustee") to act under and by virtue of the Declaration; and

**WHEREAS**, the said Trustee, as aforesaid, in compliance with the request of the Association, and in accordance with law, did offer said property for sale at public auction at the Courthouse of Harris County, Texas, in the City of Houston, Texas on the 7th day of July, 2009, the same being the first Tuesday in said month, between the hours of 10 a.m. and 4 p.m., to the highest bidder, for cash, and said property was at sale struck off to **KHYBER HOLDINGS LLC** ("Grantee"), being the highest and best bidder therefor; and



**WHEREAS**, all prerequisites to said sale required either by law or by said Declaration have been duly and fully complied with by the said Trustee, as aforesaid; and

**WHEREAS**, such sale took place in the area of the Courthouse in Harris County, Texas designated by the Harris County Commissioner's Court as the area at the Harris County Courthouse where sales pursuant to Section 51.002 of the Texas Property Code are to take

Foreclosure:070709:LPO604

place; and the sale began and was completed at or about 1:44 p.m., same being not later than three hours after the time of 1:00 p.m. stated in the Notice as the earliest time at which the said sale would occur; and

**WHEREAS**, to the extent applicable and to the Trustee's knowledge, and without any independent investigation or inquiry, on the day of posting and the day of foreclosure, at least ninety (90) days prior thereto, **DANTE THOMPSON** was living and not a member of the armed forces.

## NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS:

**THAT I**, the undersigned Trustee, as aforesaid, by virtue of the power and authority vested in me as such Trustee for and in consideration of the premises and FIVE THOUSAND TWO HUNDRED AND NO/100 DOLLARS ($5,200.00) in hand paid by Grantee, do by these presents grant, sell and convey unto the said Grantee the following described property, to-wit:

Unit No. 604 in **THE LOFTS ON POST OAK, a Condominium**, a Condominium Regime according to the Declaration recorded under Film Code No. 192195 of the Condominium Records of Harris County, Texas and all amendments thereto.

To have and to hold the above described property, together with all and singular the rights and appurtenances thereto in anywise belonging unto the said Grantee, its heirs, successors and assigns, forever, in fee simple; **with no warranties, express or implied, and subject to any and all liens, encumbrances, restrictions or reservations, ad valorem taxes, or other matters of record. Any recitations contained herein as to posting, providing notice, and the conduct of the foreclosure sale shall not constitute warranties or representations as to such matters to the Grantee, its successors or assigns.**

**EXECUTED** this 9TH day of July, 2009.

_____
Richard C. Lievens, Trustee

**THE STATE OF TEXAS**       §
                             §
**COUNTY OF HARRIS**         §

This instrument was acknowledged before me on the 9th day of July, 2009, by Richard C. Lievens, Trustee.

[Notary Seal: CAROLYN GORDON, Notary Public, State of Texas, My Commission Expires 09-10-2009]

_____
Notary Public in and for
The State Of TEXAS

RECORD AND RETURN TO:

**GRANTEE:**
Khyber Holdings LLC
9030 W. Sahara Ave., #667
Las Vegas, NV 89117

Foreclosure:070709:LPO604

**FILED**

2009 AUG 12 AM 10:59

*[signature]*
COUNTY CLERK
HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas on

AUG 12 2009



*[signature]*
COUNTY CLERK
HARRIS COUNTY, TEXAS