UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHARLES P. COWIN, | § | CASE NO. 10-31478 |
| | § | (Chapter 11) |
| | § | |
| **DEBTOR.** | § | |

## NOTICE OF PERFECTION OF INTEREST IN POST-PETITION PROPERTY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**TEXAS COMMUNITY BANK, N.A. ("TCB")**, a secured creditor and party in interest of the above-captioned debtor ("Debtor"), hereby provides notice to perfect its interest in post-petition property generated (rents, proceeds, products, etc.) from the real property described in the deeds of trust in favor of TCB, including without limitation, any rents, collections, proceeds and the proceeds of the foregoing, including any cash, cash collateral or accounts therefrom.  TCB does not consent to the use of cash collateral, and hereby demands that such cash collateral be segregated and accounted for.  This Notice is filed to perfect TCB's interest pursuant to Sections 546(b), 552(b) and 363 of the Bankruptcy Code.  The lien and security interest of TCB identified in the Deeds of Trust and Security Agreement covering certain condominiums in Harris County, Texas.

/s/Trent L. Rosenthal
TRENT L. ROSENTHAL
Texas State Bar No. 17282300
Email: trosenthal@bmpllp.com
BEIRNE MAYNARD & PARSONS, LLP
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile:  (713)960-1527

**COUNSEL FOR TCB**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice was served by the electronic case filing system on March 15, 2010, including the Debtors, its counsel, the U.S. Trustee and parties requesting notice by electronic case filing system.

/s/Trent L. Rosenthal_____
Trent L. Rosenthal

1175487v.1  iManage 110767