IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
|   CHARLES P COWIN § | CASE NO. 10-31478-H-11 |
|     DEBTOR § | |
| § | CHAPTER 11 |
| § | |
| § | JUDGE JEFF BOHM |

### NOTICE OF PROPER ADDRESS FOR CREDITOR

TO THE DEBTORS, TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged to act as the authorized agent for the Creditor listed below for limited purposes, including the filing of this Notice of Proper Address (hereinafter "Notice") for Creditor pursuant to Federal Rule of Bankruptcy Procedure 2002(g)(1).

**NOTHING WITHIN THIS NOTICE IS INTENDED OR SHOULD BE CONSTRUED TO BE AN APPEARANCE BY THE UNDERSIGNED AS COUNSEL OF RECORD IN THE ABOVE MATTER.**

Following Rule 2002(g)(1), the Notice designates the creditor's mailing address for notices in a particular case. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

    **JPMorgan Chase Bank, National Association**
    **7255 Baymeadows Way Mail Stop JAXB2007**
    **Jacksonville, Florida 32256**

    Respectfully submitted,
    Brice, Vander Linden & Wernick, P.C.

    /s/ Larry J. Buckley
    Larry J. Buckley
    9441 LBJ Freeway, Suite 350
    Dallas, Texas 75243
    (972) 643-6600 / (972) 643-6698 (Telecopier)
    E-mail Address: notice@bkcylaw.com
    Requesting Service on behalf of JPMorgan Chase
    Bank, National Association

7778-N-5735

**CERTIFICATE OF SERVICE**

      I, Larry J. Buckley, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest via pre-paid regular U. S. Mail or via electronic notification on or before March 22, 2010 :

Debtor's Attorney
Richard L Fuqua II
Fuqua & Keim
2777 Allen Parkway
Ste 480
Houston, TX 77019

US Trustee
Office of the US Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002

                /s/ Larry J. Buckley
                Larry J. Buckley

7778-N-5735