Sarah Vultaggio TBA #24067923
Southern District Bar No. 1027701
Sears & Bennett, LLP
9700 Richmond Avenue, Suite 222
Houston, Texas 77042
(713) 782-1788 Telephone
(713) 782-1787 Facsimile

ATTORNEY FOR CLAIMANT

## UNITED STATES BANKRUPTCY COURT

### FOR THE SOUTHERN DISTRICT OF TEXAS  HOUSTON DIVISION

In Re                                                                    Case No. 10-31478

Charles P. Cowin                                                  Chapter   11

### NOTICE OF APPEARANCE PURSUANT TO
### BANKRUPTCY RULE 9010(b)
### AND REQUEST FOR NOTICES AND PLEADINGS

Sarah Vultaggio hereby enters an appearance on behalf of THE RENAISSANCE AT RIVER OAKS UNIT OWNERS' ASSOCIATION, a creditor or party in interest in the above referenced cause.

1.      The undersigned hereby respectfully requests that copies of all pleadings, notices, motions, proceedings, hearings and documents filed in this case by the Debtor, Trustee, or other interested parties, including creditors of the debtor, be addressed to and promptly delivered to the undersigned pursuant to Bankruptcy Rules 2002(a), (b), and (f), and 3017(a).

2.      Please send all notices and documents to:

THE RENAISSANCE AT RIVER OAKS UNIT OWNERS' ASSOCIATION
c/o Sarah Vultaggio
9700 Richmond Avenue #222
Houston, Texas 77042
Sarah@searsfirm.com

SDG:  RENRO-0050
Notice of Appearance 3-29-10

3. Please include, without limitation, all notices, copies and pleadings referred to in the United States Bankruptcy Code or in the Bankruptcy Rules, or in the Local Rules 4001, pursuant to section 1109(b) of the Bankruptcy code.

4. The foregoing request includes not only the notices and papers referred to in the Bankruptcy rules but also includes without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether the same be formal or informal, written or oral, and whether the same be transmitted or conveyed by mail, delivery, telephone, telegraph, e-service, telex (fax) or otherwise filed or taken in the above referenced case and proceedings.

5. It is further requested that the following names and addresses be added to the official mailing matrix or list of creditors prepared or existing in this cause.

THE RENAISSANCE AT RIVER OAKS UNIT OWNERS' ASSOCIATION
c/o Sarah Vultaggio
9700 Richmond Avenue #222
Houston, Texas 77042
Sarah@searsfirm.com

RESPECTFULLY SUBMITTED,
SEARS & BENNETT, L.L.P.

/s/ Sarah Vultaggio
TERRY H. SEARS
Texas State Bar No. 00788379
SARAH VULTAGGIO
Texas State Bar No. 24067923
9700 Richmond Avenue, Suite 222
Houston, Texas  77042
Telephone: 713.782.1788
Facsimile: 713.782.1787

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I do hereby certify that on the 29th day of March 2010, this Notice of Appearance Pursuant to Bankruptcy Rule 9010(b) and Request for Notices and Pleadings has been served via e-service or first class mail, postage prepaid, upon the entities listed below.

   /s/ Sarah Vultaggio
Sarah Vultaggio TSB: #24067923
Southern District Bar No. 1027701
Sears & Bennett, LLP
9700 Richmond Avenue, Suite 222
Houston, Texas 77042

**Richard L Fuqua, II**
Fuqua & Keim
2777 Allen Parkway
Ste 480
Houston, TX 77019
713-960-0277
fuqua@fuquakeim.com
**DEBTOR'S ATTORNEY**

**Stephen Douglas Statham**
Office of US Trustee
515 Rusk
Ste 3516
Houston, TX 77002
713-718-4650 x252
713-718-4680 (fax)
stephen.statham@usdoj.gov
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**