IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| CHARLES P. COWIN § | CASE NO. 10-31478 |
| § | (Chapter 11) |
| § | |
| DEBTOR § | |
| ---------------------------------------------- § | |
| FEDERAL HOME LOAN MORTGAGE CORP. § | |
| § | |
| Movant § | |
| § | |
| § | |
| CHARLES P. COWIN § | |
| § | |
| Debtor § | |

**DEBTOR'S RESPONSE TO FEDERAL HOME LOAN MORTGAGE CORPORATION
FOR ORDER TERMINATING AUTOMATIC STAY TO PERMIT
FORCIBLE DETAINER TRIAL TO CONTINUE
<u>1901 POST OAK BLVD UNIT 604 HOUSTON, TEXAS</u>**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now, Charles P. Cowin, Debtor (the "Debtor") and files this Response to the Motion For Relief from Automatic Stay (the "Motion") filed by Federal Home Loan Mortgage (the "Movant"), and in support thereof, would respectfully show this Court as follows:

I. Debtor admits the allegations in Paragraph I of Movant's Motion.

II. Chronological Background

a. Debtor is without sufficient information to either admit or deny the allegation contained in Paragraph a of Movant's Motion. Therefore, for pleading purposes, the allegation is denied.

b. Debtor admits the allegations contained in Paragraph b of Movant's Motion.

c.. Debtor admits the allegations contained in paragraph c of Movant's Motion

    d. Debtor is without sufficient information to either admit or deny the allegation contained in Paragraph d of Movant's Motion. Therefore, for pleading purposes, the allegation is denied.

    e. Debtor is without sufficient information to either admit or deny the allegation contained in Paragraph e of Movant's Motion. Therefore, for pleading purposes, the allegation is denied.

    f. Debtor admits the allegation contained in Paragraph f of Movant's Motion.

III. Causes

  1. Debtor admits that Debtor did not own the Subject Property at the time the case was filed and that it is not property of the Debtor or his Bankruptcy estate. Debtor denies the remaining allegations in paragraph 1.

  2. Debtor denies that any lease agreement Debtor may have had with Khyber Holdings has been terminated. For further answer, Debtor is currents in his lease with Khyber.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that Movant's Motion for Relief from the Stay be denied and for such other and further relief to which he may be justly entitled.

Dated: March 30, 2010

                      Respectfully submitted,

                      FUQUA & ASSOCIATES, PC

BY:    */s/ Richard L. Fuqua*
                      Richard L. Fuqua
                      State Bar No. 07552300
                      2777 Allen Parkway, Suite 480
                      Houston, TX 77019
                      (713) 960-0277
                      (713) 960-1064 facsimile

                      COUNSEL FOR DEBTOR

## CERTIFICATE OF CONFERENCE

     I hereby certify that I have contacted Cristina Platon Camarata, Movant's counsel, in a good faith attempt to resolve the dispute which is the subject of Movant's Motion in an attempt to settle this matter. It is believed that the parties will settle this matter, however, as of this date, a hearing will be necessary.

                      */s/ Richard L. Fuqua*
                      Richard L. Fuqua

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Response to Motion for Relief from the Stay was forwarded by ECF and/or regular United States mail, postage prepaid, on March 30, 2010 to the parties listed below.

  Cristina Platon Camarata, Esq.
  310 Amber Lane
  League City, TX 77573

  Jack O'Boyle & Associates
  PO Box 815369
  Dallas, TX 77019

  Office of the U.S. Trustee
  515 Rusk, Suite 3516
  Houston, TX 77002

               */s/ Richard L. Fuqua*
               Richard L. Fuqua

F:\001_Clients\Cowin, Chas 10-1295 ch 11\Response - Fed Home Loan 362.wpd